## George C. Lagerstrom, Administrator of Estate of George A. Lagerstrom, Deceased, Appellant, v. Edwin Jago and Mrs. O. Jago, Appellees.

### Gen. No. 42,143. 

 Heard in first division, first district, this court at February term, 1942; opinion filed October 26, 1942; rehearing denied November 9, 1942. Krohn & MacDonald, for appellant; Stuart B. Krohn and Ian P. MacDonald, of counsel; Wyatt Jacobs and Walter A. Christopher, for appellees. Opinion by JUSTICE McSURELY. "Not to be published in full."